Danny HARRIS, Jr. *v.* STATE of Arkansas

CR 02-377

73 S.W.3d 615

Supreme Court of Arkansas
Opinion delivered May 2, 2002

*Bart Ziegenhorn,* for appellant.

No response.

PER CURIAM. Appellant Danny Harris, Jr., by and through his attorney, has filed a motion for rule on clerk. His attorney, Bart Ziegenhorn, states in the motion that the record was tendered late due to a mistake on his part.

■ We find that such an error, admittedly made by an attorney for a criminal defendant, is good cause to grant the motion. *See In Re Belated Appeals in Criminal Cases*, 265 Ark. 964 (1979) (*per curiam*).

The motion is, therefore, granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.